AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

JOSEPH FRANCIS CROWLEY

10-10-FJL

**WARRANT FOR ARREST**

CASE NUMBER: 10-042-M-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **JOSEPH FRANCIS CROWLEY**
                                          Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

FILED by _____ D.C.
FEB - 1 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

charging him or her with (brief description of offense)

**See Attached Description**

In violation of Title __18__ United States Code, Section(s) __2422(b)__.

ALAN KAY
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

ALAN KAY
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

FEB - 1 2010           District of Columbia
Date and Location

Bail fixed at $ **HOLD WITHOUT BOND**     by _____
                                             Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
|  |  |  |
| DATE OF ARREST |  |  |

AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

JOSEPH FRANCIS CROWLEY

**CRIMINAL COMPLAINT**

CASE NUMBER: 10-042-M-01

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. Between on or about January 28, 2010, in the District of COLUMBIA and elsewhere the defendant(s)

using a facility of interstate commerce, a telephone, did knowingly attempt to induce an individual under the age of eighteen to engage in sexual activity under such circumstances as would constitute a criminal offense by any person under 22 District Columbia Code § 3008, First Degree Child Sexual Abuse.

in violation of Title __18__ United States Code, Section(s) __2422(b)__.

I further state that I am __SPECIAL AGENT CHADWICK M. ELGERSMA__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:    ☒ Yes  ☐ No

Signature of Complainant
SPECIAL AGENT CHADWICK ELGERSMA
FEDERAL BUREAU OF INVESTIGATION

Sworn to before me and subscribed in my presence,

FEB -1 2010                        at    Washington, D.C.
Date                                     City and State

ALAN KAY
U.S. MAGISTRATE JUDGE
Name & Title of Judicial Officer         Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT

During an investigation by the FBI/MPD Child Exploitation Task Force into the online exploitation of children by individuals in the District of Columbia and Florida, a target, hereinafter identified as cooperating witness ("CW") was arrested on August 9, 2009, in Florida after being charged in the District of Columbia in a superseding indictment with four counts of distribution of child pornography, attempted enticement of a minor to engage in illicit sexual conduct and attempted enticement of an individual to travel in interstate commerce to engage in sex with a minor.

The investigation revealed that CW had participated in the production of two images of her then six year-old son in Florida sometime in 2008. The images, which constituted child pornography, were recovered in the cell phone of an individual who received the images in the District of Columbia. The individual has pleaded guilty in the District of Columbia to production of child pornography in an unrelated incident. CW entered into a plea agreement with the government and pleaded guilty in the United States District Court for the District of Columbia to one count of distribution of child pornography, and after waiving venue, to one count of production of child pornography in connection her participation in the production of the images of her son. After her arrest, CW reported to law enforcement that an individual she knew as "Joe" was present and actually took the pictures of her son on her cell phone while she assisted by posing the child. She provided officers with "Joe"s telephone number which is 321-216-6728. An Internet search conducted by an FBI employee on January 13, 2010, showed telephone number 321-216-6728 had been registered with the Brevard County Supervisor of Elections office. The telephone number was connected to State Representative Candidate Joseph F. Crowley. Additional Internet searches revealed that 312-216-6728 was being used by an individual seeking roommates in the South Stuart and Stuart Martin County area. Based on the earlier search of Joseph F. Crowley fee-for-service databases located Joseph F. Crowley, DOB ████/1970, SSN ████████. These databases further showed that Crowley had an address of ████████████████████, Stuart, Florida (Martin County). Fee-for-service searches also showed a 1996 Jeep Cherokee, FL license plate I9KG was registered to Crowley. Administrative subpoenas issued to the telephone company MetroPCS showed that the telephone number 321-216-6728 resolved to Joseph Crowley. Your affiant and an FBI Task Force officer showed CW a Florida Driver's License photo of Joseph F. Crowley. CW viewed the photo and stated "That's Joe." During a surveillance conducted on January 28, 2010 agents witnessed an individual matching the physical description of Crowley park a Jeep Cherokee outside the above mentioned address. The license plate of the Jeep Cherokee was that of I9KG.

Beginning in early 2010, CW began working with law enforcement in a covert capacity. Under the supervision and in the presence of law enforcement officers, she engaged in conversations with Crowley via text messaging and consensually monitored telephone conversations. A Task Force undercover officer, assuming the identity of CW, also exchanged text messages with him. In the conversations CW told Crowley that she had relocated to the District of Columbia and that she and her son were living at her sister's home with her sister and her sister's children.

Crowley and CW discussed his possibly traveling to the District of Columbia and engaging together in sexual activity with CW's son, now eight year-old son. Crowley agreed that he and CW would meet in a hotel and engage in sexual acts with the child.

On January 28, 2010, Crowley in text messages and in telephone conversations with CW advised that he planed to meet a 13 year-old girl whom he had met on the internet and in person and to engage in sex with her. Later that evening Crowley telephoned CW and said the girl had not telephoned him. He asked CW what she was doing; she said she was alone with her son and her sister's children and they were sleeping. At that point Crowley directed her to go to her son's room and lie down next to him.

Over the course of a several minute telephone conversation, Crowley directed CW to remove the child's shirt, then to place her hand on the child's leg. When she stated that she did so, Crowley indicated he was sexually aroused and CW purported to be also. Crowley asked CW whether the child would wake up if she were to "suck his cock," that is his perform oral sex on him. He told CW to remove the child's penis from his shorts, and then asked how big it was. At that point the undercover officer had CW terminate the telephone conversation by stating that other children had awakened.

On January 29, 2010, Crowley sent a text message to CW in which he said that he had plans for her the previous evening and "I wanted U to blow him" which your Affiant understands to mean he wanted her to perform oral sex on the child. He also asked CW asked "did he get hard?" referring to her son.

Your Affiant knows that contact between the mouth and penis between a child under the age of 16 and an person over the age of 18 and more than four years older than the child is a violation District of Columbia law, specially 22 D.C. Code 3008, First Degree Child Sexual Abuse.

WHEREFORE, based on the foregoing, Your Affiant believes that there is probable cause that Joseph Crowley, using a facility of interstate commerce, attempted to induce a minor child to engage in sexually activity for which a person could be punished under District of Columbia law, in violation of 18 United States Code 2422(b).

Chadwick Elgersma, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this **FEB - 1 2010** day of February 2010

ALAN KAY
United States Magistrate Judge

TOTAL P.05